No. 05–8075.  COTNEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8077.  POLANCO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 05–8080.  MELDEN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–8085.  LUSSIER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8087.  SANTANA v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8093.  BLACKWELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 05–8094.  GONZALES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–8098.  STRONG v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–8101.  RODRIGO-ABAD v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–8104.  PERRY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–282.  AMERICAN JEWISH CONGRESS v. CORPORATION FOR NATIONAL AND COMMUNITY SERVICE ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–371.  GENERAL CONSTRUCTION CO. ET AL. v. CASTRO ET AL.  C. A. 9th Cir.  Motion of Property Casualty Insurers Association of America for leave to file a brief as amicus curiae granted.  Certiorari denied.

No. 05–479.  MICHAU v. JONES.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–577.  JIN RIE v. BANK OF AMERICA, N. A., ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.